IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF RICHARDSON, LP; COMCAST OF PLANO, LP; COMCAST OF DALLAS, LP,<br><br>            Plaintiffs,<br><br>      v.<br><br>USA VIDEO TECHNOLOGY CORP.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO. _____<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiffs states that:

Comcast Corporation is the parent company of Comcast Holdings Corporation, which is the parent company of plaintiff Comcast Cable Communications LLC. TCI Holdings, Inc. is the parent company of plaintiffs Comcast of Plano, LP and Comcast of Richardson, LP. TCI Holdings company is also the parent company of TCI Central, LLC, which is the parent company of plaintiff Comcast of Dallas, LP. No other publicly traded company owns 10% or more of the plaintiffs' stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Maryellen Noreika_
Kenneth J. Nachbar (#2067)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
*Attorneys for Plaintiffs*

Of Counsel:

Matthew B. Lehr (#2370)
Suong Nguyen
Duane Nash
Yiping Liao
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000

June 27, 2006