# United States District Court

## DISTRICT OF DELAWARE

COMCAST CABLE COMMUNICATIONS LLC;
COMCAST OF RICHARDSON, LP; COMCAST
OF PLANO, LP; COMCAST OF DALLAS, LP,

    Plaintiffs,

**SUMMONS IN A CIVIL ACTION**

v.

USA VIDEO TECHNOLOGY CORP,

    Defendant.

CASE NUMBER: 0 6 - 4 0 7 -

TO: USA Video Technologies Corp.
   c/o Secretary of State
   Federal and Duke of York Streets
   Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

  Maryellen Noreika, Esquire
  Morris, Nichols, Arsht & Tunnell LLP
  1201 N. Market Street, P.O. Box 1347
  Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
_____
CLERK

6-27-06
_____
DATE

[signature]
_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and amended complaint was made by me[1] | DATE 6/27/06 |
| NAME OF SERVER (PRINT) Thomas Lyle | TITLE Couyier |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Secretary of State    401 Federal St Dover Del 19901

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/27/06          Thomas Lyle
            Date              Signature of Server

                              800 King St. Wilm
                              Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure