IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF RICHARDSON, LP; COMCAST OF PLANO, LP; COMCAST OF DALLAS, LP,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>USA VIDEO TECHNOLOGY CORP.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-407<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF MAILING

Maryellen Noreika declares as follows:

1.　　I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell, counsel to plaintiff in this action.

2.　　The summons and complaint in this action were served on defendant USA Video Technology Corp. ("USA Video") on March June 27, 2006, pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00.

3.　　On June 28, 2006, copies of the summons and complaint were sent by Registered Mail, Return Receipt Requested, to USA Video Technology Corp., 83 Halls Road, P.O. Box 245, Old Lyme, CT 06371, together with a notice stating that service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon USA Video personally within this State.  See Exhibit A.

4.  The registered mail receipt showing that USA Video received the summons and complaint is attached. See Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2006

_____
Maryellen Noreika

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

June 28, 2006

BY REGISTERED MAIL
RETURN RECEIPT REQUESTED

USA Video Technology Corp.
83 Halls Road
P.O. Box 245
Old Lyme, CT  06371

Re: Comcast Cable, et al. v. USA Video Technology Corp.
District of Delaware C.A. No. 06-407

Dear Sir or Madam:

Enclosed are copies of the Summons, Complaint, and Notice of Availability of Magistrate Judge in the above-captioned matter. This shall serve as notice that service of the original of such process has been made upon the Delaware Secretary of State on June 27, 2006, and that under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon USA Video Technology Corp. personally within this State

Sincerely,

Maryellen Noreika

MN/bls
Enclosures

# EXHIBIT B

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ☐ Complete items 1 and/or 2 for additional services.<br>   Complete items 3, 4a, and 4b.<br>☐ Print your name and address on the reverse of this form so that we can return this card to you.<br>☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.<br>☐ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery |

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| USA Video Technology<br>83 Halls Rd.<br>Old Lyme, CT 06371 | RA 122 400 229 US |
| | 4b. Service Type |
| | ☐ Registered ☐ Certified<br>☐ Express Mail ☐ Insured<br>☐ Return Receipt for Merchandise ☐ COD |
| | 7. Date of Delivery  7-11-06 |
| 5. Received By: *(Print Name)*<br>Maris Groc" | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature *(Addressee or Agent)* | |

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*

PS Form **3811**, December 1994        102595-99-B-0223    Domestic Return Receipt