## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C.A. No. 06-407 KAJ |
| | ) |
| USA VIDEO TECHNOLOGY CORP., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant USA Video Technology Corp. shall answer, move, or otherwise respond to plaintiffs' complaint is hereby extended to and including August 10, 2006.

___/s/ Maryellen Noreika___
Maryellen Noreika #3208
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mnoreika@mnat.com

*Attorneys for Plaintiffs*

___/s/ Richard K. Herrmann___
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant*

**SO ORDERED** this ____ day of _____, 2006.

_____
Honorable Kent A. Jordan
United States District Judge