IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, COMCAST OF RICHARDSON, LP; COMCAST OF PLANO, LP; COMCAST OF DALLAS, LP, | § § § § § | |
| Plaintiffs, | § § | C.A. No. 1:06-cv-00407-KAJ |
| vs. | § § | Jury Trial Demanded |
| USA VIDEO TECHNOLOGY CORP., | § § § | |
| Defendant. | § | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions pro hac vice of Edward W. Goldstein, Corby R. Vowell and Alisa A. Lipski of the law firm of Goldstein, Faucett & Prebeg, L.L.P. to represent Defendant USA Video Technology Corp. in this matter.

Date: August 11, 2006

/s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
  WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
USA VIDEO TECHNOLOGY CORP.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Texas and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Date: August 11th, 2006      Signed: _____
                             Edward W. Goldstein, Esq.
                             Goldstein, Faucett & Prebeg, L.L.P.
                             1177 West Loop South, Fourth Floor
                             Houston, TX 77027
                             (713) 877-1515

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Date: August 11, 2006         Signed: _____
                                       Corby R. Vowell, Esq.
                                       Goldstein, Faucett & Prebeg, L.L.P.
                                       1177 West Loop South, Fourth Floor
                                       Houston, TX 77027
                                       (713) 877-1515

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Date: August 11, 2006         Signed: _____
                              Alisa A. Lipski, Esq.
                              Goldstein, Faucett & Prebeg, L.L.P.
                              1177 West Loop South, Fourth Floor
                              Houston, TX  77027
                              (713) 877-1515

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Kenneth J. Nachbar
Maryellen Noreika
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 11th day of August, 2006, the foregoing document was served as indicated on the following:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND FEDERAL EXPRESS** |
|---|---|
| Kenneth J. Nachbar | Matthew B. Lehr |
| Maryellen Noreika | Suong Nguyen |
| Morris Nichols Arsht & Tunnell | Duane Nash |
| 1201 N. Market Street | Yiping Liao |
| Wilmington, DE 19801 | Davis Polk & Wardwell |
| | 1600 El Camino Real |
| | Menlo Park, CA  94025 |
| | 650.752.2000 |
| | matthew.lehr@dpw.com |
| | suong.nguyen@dpw.com |
| | duane.nash@dpw.com |
| | yiping.liao@dpw.com |

　　　　　　　　/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
USA VIDEO TECHNOLOGY CORP.