IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF RICHARDSON, LP; COMCAST OF PLANO, LP; COMCAST OF DALLAS, LP, <br><br> Plaintiffs, <br><br> v. <br><br> USA VIDEO TECHNOLOGY CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 06-407 ) ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Plaintiffs Comcast Cable Communications, LLC, Comcast of Richardson, LP, Comcast of Plano, LP, and Comcast of Dallas, LP shall serve and file their response to Defendant's Motion To Dismiss, Stay Or Transfer on or before September 7, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Benjamin J. Schladweiler
_____
Kenneth J. Nachbar (#2067)
Maryellen Noreika (#3208)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Plaintiffs*

MORRIS, JAMES, HITCHENS & WILLIAMS

/s/ Richard K. Herrmann
_____
Richard K. Herrmann (#405)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

*Attorneys for Defendant*

SO ORDERED, this ___ day of _____, 2006.

_____
United States District Court Judge

534019