U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 14 2008

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo CLERK

LOCKBOX 18 844 KING STREET U.S.
COURTHOUSE WILMINGTON
DELAWARE 19801 (302) 573-6170

May 7, 2008

U.S. District Court, Eastern District of Texas
Marshall Division
Clerk of Court
100 East Houston, Room 125
Marshall, Texas 75670

2-08CV-207 TJW/CE

RE: <u>Comcast Cable Communications, et al. v. USA Video Technology Corp.</u>
Civil Action No.: 06-407 JJF

Dear Clerk:

Pursuant to the Order dated 4/29/08 signed by the Honorable Joseph J. Farnan, Jr., transferring the above captioned case to your Court, enclosed please find the following items:

( X) Certified copy of the docket sheet;
( X) Certified copy of the Order of Transfer;
( X) Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on   5-14-08  .

_____
**Signature**